UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, ET AL, | No. C-13-04894 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT STATUS REPORT** |
| v. | |
| EL LUCERITO RESTAURANT, ET AL, | |
| Defendant(s). | |

The Complaint in this case was filed on October 22, 2013. According to the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act, the last day for the Plaintiff to file a "Notice of Need for Mediation" was on or about March 18, 2014. No such notice has been filed. By no later than August 1, 2014, Plaintiff is ordered to submit a report regarding the status of this case.

IT IS SO ORDERED.

Dated: July 28, 2014



DONNA M. RYU
United States Magistrate Judge