United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, ET AL, | No. C-13-04894 DMR |
| Plaintiffs, | **SECOND ORDER TO SUBMIT STATUS REPORT** |
| v. | |
| EL LUCERITO RESTAURANT, ET AL, | |
| Defendants. | |

The Complaint in this case was filed on October 22, 2013. According to the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act, the last day for the Plaintiff to file a "Notice of Need for Mediation" was on or about March 18, 2014. No such notice has been filed. On July 28, 2014, the court ordered Plaintiff to submit a report regarding the status of this case by August 1, 2014. [Docket No. 10.] Plaintiff did not comply. By no later than August 12, 2014, Plaintiff shall submit a status report. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: August 6, 2014

DONNA M. RYU
United States Magistrate Judge